ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
US Pan American Solutions, LLC                       )   ASBCA No. 62629
                                                     )
Under Contract No. W911S2-19-P-2528                  )

APPEARANCE FOR THE APPELLANT:        Mr. Jorge DelPino
                                       President

APPEARANCES FOR THE GOVERNMENT:      Scott N. Flesch, Esq.
                                       Army Chief Trial Attorney
                                     MAJ Aaron McCartney, JA
                                     CPT Timothy M. McLister, JA
                                       Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 26, 2022

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62629, Appeal of US Pan American Solutions, LLC, rendered in conformance with the Board's Charter.

Dated: May 26, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals